# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: ROBERT KUMPFER
      TANISHA KUMPFER
      Debtor(s)

Case No.: 08-20536KL

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/29/2008.
2) The plan was confirmed on 10/14/2008.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/24/2009.
5) The case was dismissed on 12/15/2009.
6) Number of months from filing or conversion to last payment: 17.
7) Number of months case was pending: 23.
8) Total value of assets abandoned by court order: 417,280.00.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $22,388.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$22,388.00** |

**Expenses of Administration:**
| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $1,324.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,508.38 |
| Other: | $156.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,988.38** |

Attorney fees paid and disclosed by debtor: $152.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| PORTER COUNTY TREASURER | Secured | NA | 3,156.39 | 3,156.39 | .00 | .00 |
| ACCOUNTS RECOVERY BUREAU | Unsecured | 1,791.00 | 358.20 | 358.20 | .00 | .00 |
| AFNI/VERIZON | Unsecured | 79.00 | 79.63 | 79.63 | .00 | .00 |
| ARGENT HEALTHCARE FIN | Unsecured | 150.00 | NA | NA | .00 | .00 |
| CENTIER BANK | Unsecured | 20,000.00 | 32,351.57 | 32,351.57 | .00 | .00 |
| CREDIT PROTECT ASSOC | Unsecured | 300.00 | NA | NA | .00 | .00 |
| CREDIT PROTECT ASSOC | Unsecured | 300.00 | NA | NA | .00 | .00 |
| CUSTOM COLL SRVS INC | Unsecured | 248.00 | 248.00 | 248.00 | .00 | .00 |
| DR LISA SHIDELER & ASSOC | Unsecured | 725.00 | 835.12 | 835.12 | .00 | .00 |
| GLA COLLECTION CO INC | Unsecured | 438.00 | 758.00 | 758.00 | .00 | .00 |
| HOEPPNER WAGNER & EVANS | Unsecured | 4,449.45 | NA | NA | .00 | .00 |
| IC SYSTEM INC | Unsecured | NA | NA | NA | .00 | .00 |
| IMC CREDIT SERVICES | Unsecured | 2,795.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: ROBERT KUMPFER  
      TANISHA KUMPFER  
      Debtor(s)

Case No.: 08-20536KL

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| IN GROSS INC DIV | Unsecured | NA | NA | NA | .00 | .00 |
| IND DEPT OF REV | Priority | 8,540.00 | NA | NA | .00 | .00 |
| IND DEPT OF REV | Priority | NA | 5,368.43 | 5,368.43 | 644.88 | .00 |
| IND DEPT OF REV | Secured | 3,384.00 | 10,853.46 | 10,853.46 | 3,696.40 | 668.32 |
| IND DEPT OF REV | Unsecured | NA | 967.00 | 967.00 | .00 | .00 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA EMPLOYMENT | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 12,831.00 | 132,726.84 | 119,790.84 | 14,390.02 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 13,988.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 41,827.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 39,557.70 | 39,557.70 | .00 | .00 |
| IRS | Unsecured | 4,093.17 | NA | NA | .00 | .00 |
| IRS | Unsecured | 6,130.20 | NA | NA | .00 | .00 |
| IRS | Unsecured | 7,617.50 | NA | NA | .00 | .00 |
| JOHN SEBBEN | Unsecured | 44,054.00 | NA | NA | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 1,050.00 | 1,050.00 | 1,050.00 | .00 | .00 |
| LAKE SUPERIOR COURT | Unsecured | NA | NA | NA | .00 | .00 |
| LANDSCAPE ILLUMINATION | Unsecured | 365.25 | 300.00 | 300.00 | .00 | .00 |
| MIRANDA D BRAY | Unsecured | NA | NA | NA | .00 | .00 |
| P INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANTS | Unsecured | 93.50 | NA | NA | .00 | .00 |
| PORTER HOSPITAL | Unsecured | 2,381.48 | NA | NA | .00 | .00 |
| PORTER HOSPITAL | Unsecured | 16,196.20 | NA | NA | .00 | .00 |
| PORTER STARKE SERVICES | Unsecured | 66.50 | NA | NA | .00 | .00 |
| PORTER SUPERIOR COURT | Unsecured | NA | NA | NA | .00 | .00 |
| SANTANDER | Secured | 13,147.00 | 7,280.00 | 7,280.00 | .00 | .00 |
| SANTANDER | Secured | NA | 5,665.58 | 5,665.58 | .00 | .00 |
| SENEX SERVICES CORP | Unsecured | 21,192.00 | 21,167.60 | 21,167.60 | .00 | .00 |
| SOUTHLAKE NAUTILUS | Unsecured | NA | 660.08 | 660.08 | .00 | .00 |
| U KENT LINDQUIST | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED COLLECTION BUREAU | Unsecured | 2,809.00 | NA | NA | .00 | .00 |
| UNIVERSITY NEUROLOGICAL | Unsecured | 1,370.75 | NA | NA | .00 | .00 |
| UNKNOWN PHYSICIAN | Unsecured | 320.00 | NA | NA | .00 | .00 |
| VALPARAISO COUNTRY CLUB | Unsecured | 1,040.90 | 940.90 | 940.90 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: ROBERT KUMPFER                                                                  Case No.: 08-20536KL
      TANISHA KUMPFER
      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILSHIRE CREDIT CORP | Secured | 377,268.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 12,945.58 | .00 | .00 |
| All Other Secured: | 14,009.85 | 3,696.40 | 668.32 |
| **TOTAL SECURED:** | 26,955.43 | 3,696.40 | 668.32 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 125,159.27 | 15,034.90 | .00 |
| **TOTAL PRIORITY:** | 125,159.27 | 15,034.90 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 99,273.80 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,988.38 |
| Disbursements to Creditors: | $19,399.62 |
| **TOTAL DISBURSEMENTS:** | $22,388.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/04/2010        By: /s/PAUL CHAEL
                                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.