IN RE:  CASE NO:
ROBERT & TANISHA KUMPFER  08-20536KL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: January 25, 2010  /s/PAUL CHAEL
  PAUL CHAEL